UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY MORAN, Personal
Representative of the ESTATE OF
FRANKIE EDITH KEROUAC PARKER,
       Plaintiff,

Case No. 20-cv-12717

v.

Honorable Nancy G. Edmunds

EDIE PARKER, LLC, EDIE PARKER
ACCESSORIES, LLC, and BRETT
HEYMAN,

       Defendants.

_____/

## JUDGMENT

Plaintiff Timothy Moran, as personal representative of the Estate of Frankie Edith Kerouac Parker, brings this case seeking damages and an injunction against Defendants for the alleged infringement of the Frankie Edith Kerouac Parker's right of publicity, under Michigan common law. On September 27, 2021, the Court found Plaintiff's claim is preempted by federal law and granted Defendants' Motion to Dismiss.

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED.

                                       s/Nancy G. Edmunds
                                       Nancy G. Edmunds
                                       United States District Judge

Dated: September 27, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 27, 2021, by electronic and/or ordinary mail.

                                              <u>s/Lisa Bartlett</u>
                                              Case Manager